THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals
The State, Respondent,
v.
James Edward Loftin, Appellant.
 
 
 

Appeal From Spartanburg County
 Wyatt T. Saunders, Jr, Circuit Court Judge

Unpublished Opinion No. 2007-UP-152
Submitted April 2, 2007  Filed April 4, 2007   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: James E. Loftin appeals his guilty plea to false swearing before a person authorized to administer an oath.  His counsel contends the plea failed to comply with the mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Loftins appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, KITTREDGE, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.